GEORGE PEPPERDINE, Trustee, etc., Appellant, v. KEET-ROUNTREE DRY GOODS COMPANY, Respondent.

**St. Louis Court of Appeals, April 24, 1900.**

**Trustee of Bankrupt Estate:** ACTION BY TRUSTEE AGAINST A PREFERRED CREDITOR. The judgment in this case is reversed and remanded on the authority of the case of George Pepperdine, Trustee, etc. v. National Exchange Bank (see opinion in that case page 237 of this volume).

Appeal from the Greene Circuit Court.—*Hon. James Tilford Neville*, Judge.

REVERSED AND REMANDED.

BLAND, P. J.—For the reason given in the case of George Pepperdine, Trustee, etc., v. National Exchange Bank, page 237 of this volume, the judgment herein is reversed and the cause remanded.

Judge *Bond* concurs; Judge *Biggs* absent.